**[J-71-2019] [MO: Dougherty, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SARA LADD, SAMANTHA HARRIS, AND POCONO MOUNTAIN VACATION PROPERTIES, LLC, | : | No. 33 MAP 2018 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 321 |
| Appellants | : | MD 2017 dated June 4, 2018 |
| | : | sustaining in part and overruling in |
| | : | part the preliminary objections and |
| v. | : | dismissing with prejudice the |
| | : | Petition for Review. |
| | : | |
| REAL ESTATE COMMISSION OF THE | : | ARGUED:  September 11, 2019 |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AND DEPARTMENT OF STATE (BUREAU | : | |
| OF PROFESSIONAL AND | : | |
| OCCUPATIONAL AFFAIRS) OF THE | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

**DISSENTING OPINION**

**JUSTICE MUNDY**                                          **DECIDED:  May 19, 2020**

Appellant Sara Ladd contends that the licensing requirements enacted by the legislature through the Real Estate Licensing and Registration Act (RELRA)[1] are unconstitutional because she wishes only to practice real estate in a limited fashion.    I cannot agree with the Majority that, because Ladd operates a smaller-scale business, she has raised a colorable claim that the RELRA's requirements are so unreasonably oppressive as to violate the Pennsylvania Constitution.  As noted by the Commonwealth Court in its decision in this matter, "[p]rerequisites to practicing a certain profession, such as a professional license, can be seen across many career fields.  We would no sooner

---

[1] 63 P.S. §§ 4455.101-455.902.

obviate the licensure requirement for an attorney, physical therapist, or any other professional, merely because they have limited clients or only practice part of the year." *Ladd v. Real Estate Comm'n of Commonwealth*, 187 A.3d 1070, 1078 (Pa. Cmwlth. 2018). As I find the Commonwealth Court's decision, authored by the Honorable P. Kevin Brobson, correctly concluded the RELRA's requirements are constitutional, I would affirm its decision in this case. Accordingly, I respectfully dissent.